Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED ✓  LODGED
RECEIVED  COPY

NOV - 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

)
Lekayle Booker )
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
)
Ross Department Store )
_____ )
)
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No.    CV-23-00500-TUC-RM
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lekayle Booker |
| Street Address | 2230 E Fort Lowell |
| City and County | APt 109 Tucson |
| State and Zip Code | AZ 85719 |
| Telephone Number | 520-977-1740 |
| E-mail Address | lekayle1108@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Lekayle Booken

2230 E Ft lowell Rd Apt 109

Tucson AZ 85719 85714

85714

520-977-1740

lekayle1108@gmail.com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Brandon

Ross Department Store

4425 N Oracle Road

Tucson AZ 85719

520-293-2120

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Brandon

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Ross Department Store |
| Street Address | 4425 N Oracle Road |
| City and County | Tucson   AZ 85719 |
| State and Zip Code | |
| Telephone Number | 520-293-2120 |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: *Cops where out side the day of work*

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

*September 2022*

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

*Documents concerning my disability was Filled out Under Section 504 of the rehabilitation act*

E.    The facts of my case are as follows. Attach additional pages if needed. *I am protected against such unlawful Acts My Disability is Anxiety Depression*

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

9/01/2023 only letter to Sue

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Title VII of Civil rights Act of 1964 It shall be unlawful (under section 703) for employment pratice for an employer to refuse to hire or to discharge Any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such indiual origin: or to limit segragte, or classify his employment in any way) ——> Back Page ——>

Page 5 of 6

which would deprive or tend to deprive any individual of employment opportunities of employment or other wise adversely affect his status as an employee, because of race color, religion, sex or national origin

b) ~~Employment agency practices~~
~~It shall be unlawful for employment pratice for an employment agency to fail or refuse to refer for employment or agency to fail or refuse~~

I am asking for a recovery of 300,000 based on Ross store having 500 employess or more. Due to the mental hardship and causing Disstress

Mayo v. Community Development

EEOC v Drivers Management LLC

EEOC v Dolgen corp. LLC · 2:17 cv-01649-MHH
Amdat 14, §1.3
I Am asking the Courts for Due Process as I have not been fully given a chance threw other filings of my Complaint in which should have been ~~maanor suese~~ Successful. my only chance is to have this heard in Court as I am a person that is Not a lawyer and asking that this is heard in Court.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/6/2023

Signature of Plaintiff

Printed Name of Plaintiff    LeKayle Booker

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Lekayle Booker

---------- Forwarded message ---------
From: **EEOC - I I G** <info@eeoc.gov>
Date: Fri, Sep 30, 2022, 11:46 PM
Subject: Incident: 221001-000004
To: <lekayle1108@gmail.com>



Response

Thank you for contacting the United States Equal Employment Opportunity Commission.  This automated response confirms receipt of your inquiry and is not intended to address your specific questions.  For those of you wishing to file a charge of employment discrimination, please note that there is a time limit of either 180 or 300 days to file a charge, depending on a number of factors.  If you want to begin the process, you can use our online assessment tool at US EEOC .  You can not file a charge via email.  We will respond to your specific questions as quickly as possible.

Subject

**Welcome Letter!**

Auto-Response By (Administrator) (10/01/2022 01:46 AM)
Thank you for contacting the United States Equal Employment Opportunity Commission.  This automated response confirms receipt of your inquiry and is not intended to address your specific questions.  For those of you wishing to file a charge of employment discrimination, please note that there is a time limit of either 180 or 300 days to file a charge, depending on a number of factors.  If you want to begin the process, you can use our online assessment tool at US EEOC .  You can not file a charge via email.  We will respond to your specific questions as quickly as possible.

Customer By CSS Email (Lekayle booker) (10/01/2022 01:46 AM)
Hi my name is Miss Booker I was actually scheduled to come into work on the
27th of September 2022.

When I got outside of the location not too far from the Ross was a cop car
because I had issues previously with my email I thought something was going
on with my email but that wasn't the case.



I came into Ross for an orientation and I have been blocked and locked out of my portal.

I was discriminated against I believe because of my race and because I have a disability I mentioned that in one of the forms that I filled out.

The pure unconsideration when I asked if it was a computer that I could use I was told no but the documentation that I have said something different I was basically looked at for me as if I was a bother the employees that was at the store when I initially came didn't really want to speak to me.

I remember asking the name of one of the employees when I initially came in to do the interview.

When I asked the employee name she told me and it was the same woman that I spoke to over the phone but when I saw her in person when she saw me she told me that she wasn't.

I believe this was done out of pure malice to show me that because I am a darker tone individual that I don't have a place to belong when it comes to employment there at Ross.

I was not disrespectful I was confused I didn't get loud I came in about 10 minutes early and I was turned away I was told that the supervisor sent me either an email or text I don't see either one I was blatantly not giving honest information for no reason and turned away I am sending attachments of information that they do have a computer information that I did get hired I was supposed to work on the 27th but I was told to come on the 30th this is showing a lack of neglect of some sort as well when it

comes to
following proper procedures when it comes to hiring.

*My Family member* (handwritten)

~~I have~~ just had a newborn baby that is 3 months and now it looks like I'm *has caused* (handwritten)
not going to be able to take care of my family this ~~is called~~
so much
distress for no reason the cops was also outside not too far from the store
I believe one of the Ross employees called the cops so when I did pass by *The Ross* (handwritten)
that I would be intimidated so when he turned me away that if I acted out I
would have gotten arrested for being upset.

I also made a complaint at a recent Ross a few days ago I believe that
information is attached to my number and I will call them to get that
information I believe because I was in the system possibly someone at
another location that refused me services was involved as well I'm not sure
but this is unacceptable some type of relief should come from this

---------- Forwarded message ---------
From: Ross HR <ross_human_resources@invalidemail.com>
Date: Fri, Sep 23, 2022, 11:12 PM
Subject: Welcome Letter!
To: <lekayle1108@gmail.com>
Cc: <Store.Manager.0086@ros.com>

Dear Lekayle Booker,

*Welcome to Ross!*

We are pleased that you've accepted employment with us and look forward to
having you join our team. Please call your Manager to confirm your first
day of work.



Report Generated By - MBRXXX FRANCISCA A MONTANO

| | | |
|---|---|---|
| Household Member: | Lekayle BOOKER | SSN: ***-**-8107 |
| Date of Birth: | XX/XX/1979 | Relationship: Head |
| Date Verified: | 01/04/2023 | Verification Status/Codes: Verified |

## Employment Information

| Hire Date | Hire State | FEIN | Employer Name and Address | Date Received by EIV |
|---|---|---|---|---|
| 10/14/2022 | AZ | 86-0679405 | OUR PLACE CLUBHOUSE 66 E PENNINGTON ST, TUCSON AZ 85701-1535 | 11/11/2022 |
| 09/23/2022 | | 94-1390387 | ROSS STORES, INC. 5130 HACIENDA DR, DUBLIN CA 94568-7635 | 10/17/2022 |
| 09/24/2020 | AZ | 41-0215170 | TARGET CORPORATION 7000 TARGET PKWY N # 0243 MSC NCE, MINNEAPOLIS MN 55445-4301 | 11/18/2020 |
| 11/15/2005 | | 56-0543227 | SALVATION ARMY CORP 501 ARCHDALE DR, CHARLOTTE NC 28217 | 01/16/2006 |

## Wages

| Pay Period | Amount | FEIN | Employer Name and Address | Date Received EIV |
|---|---|---|---|---|
| Q4 of 2020 | $96.00 | 41-0215170 | TARGET STORES TARGET CORPORATION DBA, TARGET STORES, % TALX/UC EXPRESS, ST LOUIS MO 63166-0283 | 08/11/2021 |
| Q3 of 2014 | $1,957.00 | 27-4683119 | ASSISTING FAMILIES HOME CARE LLC 904 PECAN AVE, CHARLOTTE NC 28205-5032 | 12/02/2014 |
| Q2 of 2014 | $2,576.00 | 27-4683119 | ASSISTING FAMILIES HOME CARE LLC 904 PECAN AVE, CHARLOTTE NC 28205-5032 | 08/26/2014 |
| Q1 of 2014 | $519.00 | 27-4683119 | ASSISTING FAMILIES HOME CARE LLC 904 PECAN AVE, CHARLOTTE NC 28205-5032 | 05/17/2014 |

## Unemployment Benefits

EIV received no benefit data.

## Social Security Benefits

Benefit History



Important Payment Method &
Pay Statements Access Notice ★

Ross HR Sep 27
to me

# ROSS dd's
## DRESS FOR LESS DISCOUNTS

Dear Lekayle Booker,

Thank you for selecting the Pay Card for your payment method. You will receive a Pay Card in the mail (to your home address on file) within 7 days. If you do not receive a Pay Card within 7 days, please call ADP at 1-877-237-4321 to confirm your home mailing address and request a free replacement card. Also, please have your Manager verify that your mailing address is correct in WIRe, Ross Stores, Inc.'s system. As soon as you receive your Pay Card, please follow the instructions to activate your Pay Card.

## Online Pay Statement Access

SOCIAL SECURITY ADMINISTRATION

Date: May 19, 2023
BNC#: 23BC620G87958
REF: A ,DI

LEKAYLE M BOOKER
APT 109
2230 E FT LOWELL
TUCSON AZ 85719-2404

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2022, the full monthly
Social Security benefit before any deductions is......$ 794.20

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 794.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Past Social Security Benefits

From December 2021 to November 2022, the full monthly
Social Security benefit before any
deductions was.....................................$ 730.70

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was.......$ 730.00
(We must round down to the whole dollar.)

Information About Supplemental Security Income Payments

Beginning January 2023, the current
Supplemental Security Income payment is..............$ 140.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

The date of birth shown on our records is November 8, 1979.

Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2005.

You are entitled to medical insurance under Medicare beginning July 2006.

Your Medicare number is 8C42-TA2-WG90. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 866-331-7693.

         SOCIAL SECURITY
         3808 N 1ST AVE
         TUCSON, AZ 85719

How are we doing? Go to www.ssa.gov/feedback to tell us.

                              OFFICE MANAGER

←    ⋮



Dear Lekayle Booker,

**Welcome to Ross!**

We are pleased that you've accepted employment with us and look forward to having you join our team. Please call your Manager to confirm your first day of work.

Important Information -

Start Date : **Sep 27, 2022 (call your Manager to confirm day and time)**
Pay Basis : **Hourly**
Pay Rate: **$13.00**
Overtime Pay Rate  : **$19.50**
Job Title:  **Retail Associate**
Pay Day:  **Every other Friday by close of business**
Location:  **4425 N Oracle Rd, Tucson, Pima**

**Before coming to work, please visit your personal new associate portal by** Clicking Here. There is important information and New Hire paperwork for you to complete before coming to the Store. You will be compensated for the completion of the New Hire paperwork.

For your reference, your User Name